STATE of Missouri, Respondent,

v.

Michael HAIN, Appellant.

No. WD 50150.

Missouri Court of Appeals,
Western District.

Jan. 23, 1996.

Jeremiah W. (Jay) Nixon, Attorney General and Fernando Bermudez, Asst. Attorney General, Jefferson City, for Respondent.

Susan L. Hogan, Appellate Defender, Kansas City, for Appellant.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM.

Michael Hain appeals his jury conviction of second degree murder and armed criminal action.

Judgment affirmed. Rule 30.25(b).